1  JaVonne M. Phillips, Esq. SBN 187474
2  Jennifer C. Wong, Esq. SBN 246725
   **McCarthy & Holthus, LLP**
3  2763 Camino Del Rio South, Suite 100
   San Diego, CA 92108
4  Phone (877) 369-6122
5  Fax (619) 685-4811

6  Attorneys for
7  U.S. Bank Trust National Association, not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021-A Collateral Trust, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.
8

9

10

11                UNITED STATES BANKRUPTCY COURT
12                CENTRAL DISTRICT OF CALIFORNIA
13                SANTA ANA DIVISION
14

15  In re                                ) Case No. 8:25-bk-11587-MH
                                         )
16                                       ) Chapter 13
17  Sacha A Kauffman,                    )
                                         )
18           Debtor.                     )
19                                       ) **OBJECTION TO CONFIRMATION OF**
                                         ) **CHAPTER 13 PLAN**
20                                       )
                                         )
21                                       )
22                                       ) **Hearing:**
                                         ) Date:   8/21/2025
23                                       ) Time:   11:00AM
                                         ) Ctrm:   6C
24                                       ) Place:  411 West Fourth Street,
25                                       )         Santa Ana CA
                                         )
26                                       ) Judge: Mark D. Houle
                                         )
27                                       )
28  ─────────────────────────────────────)
29

U.S. Bank Trust National Association, not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021-A Collateral Trust, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc., ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by Sacha A Kauffman ("Debtor").

1.  Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 5/1/2032 and is secured by a Deed of Trust on the subject property commonly known as 2148 Onyx Avenue, Orange, CA 92867. As of 6/12/2025, the approximate amount in default was $8,750.18. A Proof of Claim detailing the arrearages is forthcoming and will be filed on or before the claims bar date. However, Secured Creditor submits the following objections to timely preserve its rights and treatment under the proposed Plan.

2.  The proposed Plan understates the arrearages owed to Secured Creditor. Pursuant to 11 U.S.C. §1322(b)(2), b(5) and 1325 (a)(5)(B), the proposed plan must provide for full payment of the arrearages as well as ongoing monthly payments pursuant to the Note and Deed of Trust. Debtor alleges in the Plan that the arrears owed to Secured Creditor are in the amount of $2,000.00, while in fact the approximate arrears owed are in the amount of $8,750.18. To cure the pre-petition arrearages of $8,750.18 within 60 months, Secured Creditor must receive a minimum payment of $145.84 per month from the Debtor through the Plan. Debtor's Plan provides for payments to the Trustee in the amount of $1,803.23 per month for 60 months. Debtor appears to have sufficient funds available to increase plan payments to cure the full arrears and thus the plan should be amended/interlineated accordingly. A true and correct copy of Debtors Schedules I and J is attached hereto as **Exhibit "1."**

3.  Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

///

///

///

# CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

**McCarthy & Holthus, LLP**

7/10/2025

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for U.S. Bank Trust National Association, not in its individual capacity but solely as collateral trust trustee of FirstKey Master Funding 2021-A Collateral Trust, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.