| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WEDGEWOOD - Office of the General Counsel<br>Brandon Trout, Esq. (SBN 348668)<br>2015 Manhattan Beach Blvd., Ste. 100<br>Redondo Beach, CA 90278<br>Tel: 310 640 3070<br>Fax: 310 730 5967<br>email: btrout@wedgewood-inc.com<br><br>Attorney for Neighbor to Neighbor Homes, LLC<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Neighbor to Neighbor Homes, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| In re:<br><br>SACHA A. KAUFFMAN<br><br><br><br><br>Debtor(s). | CASE NO.: 25-bk-11587<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF MOTION FOR:**<br>RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (REAL PROPERTY)<br><br><br>*(Specify name of Motion)* |
| | DATE: 10/09/2025<br>TIME:  1:30 pm<br>COURTROOM: 6C<br>PLACE: 411 West Fourth Street, Santa Ana, CA 92701<br>remote appearance procedure:<br>http://www.cacb.uscourts.gov/judges/honorable-mark-d-houle |

1.  TO (*specify name*):  Hon. Mark D. Houle; Bankruptcy Trustee; Debtor; and all interested parties

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  09/17/2025

WEDGEWOOD OFFICE OF THE GENERAL COUNSEL
Printed name of law firm

/s/Brandon Trout
Signature

Brandon Trout
Printed name of attorney

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9013-1.1.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 2015 Manhattan Beach Blvd., Ste. 100 Redondo Beach, CA 90278

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
 RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (REAL PROPERTY)
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 09/17/2025   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Jennifer C Wong bknotice@mccarthyholthus.com; jwong@ecf.courtdrive.com
Amrane (SA) Cohen (TR) efile@ch13ac.com; Sarah Arlene Dooley-Lewis sdooleylewis@raslg.com  Michael D Franco f
Michael D Franco francolawfirm@hotmail.com; r58382@notify.bestcase.com;
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov;

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  09/17/2025   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Sacha A Kauffman        Trent Kauffman
2148 Onyx Avenue        2148 Onyx Avenue
Orange, CA 92867         Orange, CA 92867

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  09/17/2025   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Mark D. Houle - US Bankruptcy Court  411 West Fourth Street, Ste. 6135/Crtrm 6C  Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/17/2025 | Daniel Marcus | /s/Daniel Marcus |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 3                        **F 9013-1.1.HEARING.NOTICE**